UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:14-CV-00081-GNS-HBB

CHRISTOPHER BOLING                                                                                    PLAINTIFF

v.

PROSPECT FUNDING HOLDINGS, LLC                                                         DEFENDANT

## JUDGMENT

This matter having come before the Court on Plaintiff's Third Motion for Summary Judgment with Motion for Attorneys' Fees and Sanctions Pursuant to 28 U.S.C. § 1927 (DN 93) and Defendant's Second Cross-Motion for Summary Judgment (DN 96), and the Court on this dated having issued its Memorandum Opinion and Order granting Defendant's motion in part.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Prospect Funding Holdings, LLC in the amount of $34,425.00 consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

**Greg N. Stivers, Judge
United States District Court**
May 25, 2018

cc:   counsel of record